# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GM NAMEPLATE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>and<br><br>AXIOM WORLDWIDE, LLC, a Florida limited liability company,<br><br>Defendant. | CAUSE NO. C09-1277JLR<br><br>**FINAL JUDGMENT BY CLERK**<br>**[Fed R. Civ. P. 55(b)(1)]** |

This cause came on for consideration on the motion of Plaintiff GM Nameplate, Inc. for a default judgment, pursuant to Fed. R. Civ. P. 55(b)(1). It appears to the Clerk that the complaint was filed in this court on September 9, 2009, and that the summons and complaint were served on Defendant Axiom Worldwide, LLC on September 10, 2009, and that no answer or other defense has been served or filed by Defendant Axiom Worldwide, LLC.

Default was entered on October 2, 2009, in the office of the clerk of this court, and Defendant Axiom Worldwide, LLC has not appeared or defended since default was entered.

Plaintiff GM Nameplate, Inc. requested default judgment against Defendant Axiom Worldwide, LLC pursuant to Fed. R. Civ. P. 55(b)(1), and filed an affidavit that defendant owed plaintiff a sum certain or a sum that can be made certain by computation, to wit, the

principal amount of $280,815.96 plus interest of $20,456.10. The defendant is not an infant, incompetent, or in the military service of the United States.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff GM Nameplate, Inc. is awarded final judgment against defendant Axiom Worldwide, LLC.

2. The total judgment in favor of GM Nameplate, Inc. and against Axiom Worldwide, LLC is $301,272.06 (comprised of $280,815.96 in principal plus $20,456.10 in prejudgment interest).

3. Postjudgment interest shall accrue at a rate of 12% (twelve percent) per annum (the contractually agreed interest rate).

DATED this 15th day of October, 2009 at Seattle, Washington.

/s/ Bruce Rifkin
Bruce Rifkin
Clerk, U.S. District Court